UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TEXAS 75242

A. JOE FISH
JUDGE

August 14, 2018

Ms. Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas  75242

        Re:    3:18-CV-2042-G
                     Fred Dembski vs.
                     Dallas Morning News, Inc.

Dear Ms. Mitchell:

    I hereby recuse myself from the above styled and numbered cause.  Would you see that it is assigned to another Judge per the usual procedure.

                                          Sincerely,

                                          A. JOE FISH
                                          Senior United States District Judge

AJF:lag