**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **FRED DEMBSKI**, individually, and on behalf of all others similarly situated, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 3:18-cv-02042-G |
| v. | § § | |
| **THE DALLAS MORNING NEWS, INC.**, a Texas corporation, | § § § | |
| *Defendant*. | § § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.4, Defendant The Dallas Morning News, Inc. hereby submits the following complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:

1. Fred Dembski;

2. The members of Plaintiff's putative class;

3. The Dallas Morning News, Inc.;

4. TurnKey Solutions, Inc.; and

5. The A. H. Belo Corporation.

Respectfully submitted,

By: */s/ Shannon Zmud Teicher*
Shannon Zmud Teicher
State Bar No. 24047169
steicher@jw.com
David T. Moran
State Bar No. 14419400
dmoran@jw.com
Eric D. Wong
State Bar No. 24102659
ewong@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-5987 – Telephone
(214) 661-6844 – Facsimile

ATTORNEYS FOR DEFENDANT
THE DALLAS MORNING NEWS, INC.

## CERTIFICATE OF SERVICE

This certifies that on October 1, 2018, a true and correct copy of the foregoing document was served via the Court's ECF system upon all counsel of record who are registered ECF users pursuant to Local Civil Rule 5.1(d), or by another manner authorized by Rule 5(b)(2) of the Federal Rules of Civil Procedure.

*/s/ Shannon Zmud Teicher*
Shannon Zmud Teicher

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS** – Page 2