**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

Case No. 3:18-cv-02042-D

**FRED DEMBSKI,** individually, and on behalf of all others similarly situated,

    *Plaintiff*,

*v.*

**THE DALLAS MORNING NEWS, INC.,**
a Texas company,

    *Defendant.*

## CERTIFICATE OF INTERESTED PARTIES

Plaintiff Fred Dembski discloses the following list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:

1. Fred Dembski;
2. The members of Plaintiff's putative class;
3. The Dallas Morning News, Inc.;
4. TurnKey Solutions, Inc.;
5. The A. H. Belo Corporation; and
6. The parties counsel.

    */s/ Stefan Coleman*

    Stefan Coleman
    Law@StefanColeman.com
    Law Offices of Stefan Coleman, P.A.
    201 S. Biscayne Blvd., 28th floor
    Miami, FL 33131
    Telephone: (877) 333-9427
    Facsimile: (888) 498-8946

Dana Opitz
3108 San Sebastian
Carrollton, Texas 75006
(682) 309-4862
danamarie15@gmail.com

Avi R. Kaufman
Kaufman P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Stefan Coleman*